IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILDEARTH GUARDIANS,

      Plaintiff,

vs.                                                                                          No. CIV 07-1043 JB/ACT

UNITED STATES FOREST SERVICE,

      Defendant,

NEW MEXICO CATTLE GROWERS'
ASSOCIATION, COALITION OF ARIZONA/
NEW MEXICO COUNTIES FOR STABLE
ECONOMIC GROWTH, and NEW MEXICO
FEDERAL LAND COUNCIL,

      Defendant-Intervenors.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Plaintiff's Opening Brief: Petition for Review of Agency Action, filed January 12, 2009 (Doc. 55). The Court having denied the Plaintiff's Petition for Review of the United States Forest Service's administrative decisions, finds that Final Judgment should and will be entered against the Plaintiff WildEarth Guardians, and in favor of the Defendant United States Forest Service on all claims against it.

**IT IS ORDERED** that Final Judgment is entered in favor of Defendant United States Forest Service and against Plaintiff WildEarth Guardians on all claims.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

*Counsel:*

Melissa Hailey
WildEarth Guardians
Santa Fe, New Mexico

-- and --

James Tutchton
WildEarth Guardians
Denver, Colorado

    *Attorneys for the Plaintiff*

Jan Elizabeth Mitchell
  Assistant United States Attorney
Albuquerque, New Mexico

-- and --

Andrew A. Smith
  Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Albuquerque, New Mexico

    *Attorneys for the Defendant*

Karen Budd-Falen
Kathryn Brack Morrow
Brandon L. Jensen
Budd-Falen Law Offices, LLC
Cheyenne, Wyoming

    *Attorneys for the Defendant-Intervenors*