IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WILDEARTH GUARDIANS,           )<br>                                                          )<br>        Plaintiff,                              )<br>v.                                                    )<br>                                                          )<br>UNITED STATES FOREST SERVICE, )<br>                                                          )<br>        Federal Defendant,                )<br>                                                          )<br>NEW MEXICO CATTLE GROWERS' )<br>ASSOCIATION, et al.,                    )<br>                                                          )<br>        Defendant-Intervenors        )<br>                                                          ) | Civ.  No. 07-1043-JB-ACT |

### [PROPOSED] ORDER ON PLAINTIFF'S AND FEDERAL DEFENDANT'S JOINT MOTION FOR INDICATIVE RULING

THIS MATTER came before the Court on Plaintiff's and Federal Defendant's December 3, 2010 Joint Motion for Indicative Ruling, Dkt. No. 79.  The Court finds the Motion is well-taken, and hereby GRANTS the Motion.

IT IS ORDERED that the Court hereby indicates that if the case is remanded to this Court by the U.S. Court of Appeals for the Tenth Circuit pursuant to Fed. R. App. P. 12.1 and Fed. R. Civ. P. 62.1, the Court would grant Plaintiff's and Federal Defendant's motion requesting this Court's approval of the Settlement Agreement between Plaintiff and Federal Defendant.  The Court has no objection to retaining jurisdiction to oversee compliance with the terms of this Agreement.  As provided by the Settlement Agreement, upon the Court's approval of the Settlement Agreement, Plaintiff's complaint will be dismissed with prejudice.